Signed and Filed: October 4, 2016

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                ) Case No. 16-52797 HLB
                                      )
JOSEPH ANDREW VELLONE,                ) Chapter 13
                                      )
        Debtor.                       )
_____)

**ORDER (1) GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO IMPOSE THE AUTOMATIC STAY, (2) TEMPORARILY IMPOSING STAY, AND (3) REQUIRING DEBTOR'S COUNSEL TO APPEAR**

On September 30, 2016, Debtor filed a Motion to Impose Automatic Stay as to All Creditors (the "Motion"). That same day, Debtor filed an Ex Parte Application for Order Shortening Time for Hearing on Motion to Impose the Automatic Stay as to All Creditors (the "Application"). Debtor's Application asked that the Court hold a hearing on the Motion on or before October 6, 2016 due to a foreclosure currently scheduled for October 7, 2016. Debtor's Application also proposed that notice of the hearing on the Motion be served by 5:00 p.m. on October 3, 2016.

Debtor failed to upload an order on the Application until the afternoon of October 3, 2016. Debtor also failed to notify chambers of the request to expedite and failed to upload the

order to the CM/ECF system as "Expedited" as is expressly required by Judge Blumenstiel's Practices and Procedures.

Upon due consideration, and for the reasons stated herein, the Court hereby **ORDERS** as follows:

1. The Application is **GRANTED**.
2. The Court shall hold a hearing on the Motion on **October 20, 2016 at 1:00 p.m.**
3. Debtor shall file and serve notice of the hearing, this order, and the Motion and supporting documents by CM/ECF (where appropriate), fax, or first class mail **no later than 5:00 p.m. on October 6, 2016.**
4. Debtor shall file a certificate evidencing such service **no later than 5:00 p.m. on October 7, 2016.**
5. The notice of hearing shall provide that any opposition to the Motion must be filed and served at least 7 days prior to the hearing and that any reply must be filed and served no later than the Monday prior to the hearing.
6. **The automatic stay is hereby imposed as to all creditors on an interim basis pending the October 20, 2016 hearing.**
7. Debtor's counsel shall appear in person (not by telephone) at the hearing to explain why he did not contact chambers or properly upload an order on the Application as required by Judge Blumenstiel's Practices and Procedures.

**\*\*END OF ORDER\*\***

## Court Service List

[None]